IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAUREN STOKES                                                                                       PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:25-CV-307-GHD-RP

GLENN BOYCE, Chancellor of the
University of Mississippi, in his Official
and Personal Capacities                                                                          DEFENDANT

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Presently before the Court is the Defendant's unopposed Motion [13] for additional time to respond to the Plaintiff's Amended Complaint [3] and in opposition to the Plaintiff's pending motion for preliminary injunctive relief [6]. Upon due consideration, the Court finds that the unopposed motion for an extension should be granted. The Defendant is granted until December 10, 2025, to respond to the Amended Complaint and pending motion for preliminary injunctive relief.

IT IS THEREFORE hereby ORDERED that the Defendant's Unopposed Motion for Extension of Time [13] to respond to the Plaintiff's Amended Complaint [3] and in opposition to the Plaintiff's pending motion for preliminary injunctive relief [6] is GRANTED. The Defendant is granted until December 10, 2025, to respond to the aforementioned pleading and motion.

SO ORDERED, this, the 4th day of December, 2025.

_____
SENIOR U.S. DISTRICT JUDGE