### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**LAUREN STOKES,**

> **Plaintiff,**

**v.**                                                    **Case No.: 3:25-cv-307-GHD-RP**

**GLENN BOYCE, CHANCELLOR OF**
**THE UNIVERSITY OF MISSISSIPPI,**
**In his official and personal capacities,**

> **Defendants.**

### DEFENDANT'S MOTION TO DISMISS

Defendant Glenn Boyce, Chancellor of the University of Mississippi, ("The Chancellor"), moves to dismiss Plaintiff's Amended Complaint [Doc. 3]. In support, the Chancellor states:

1.    Plaintiff's claims do not plausibly plead that her interest in speaking outweighed the University's interest in maintaining an efficient workplace.

2.    This Court lacks federal subject matter jurisdiction and the Chancellor's immunity bars this Court from taking any action with respect to certain of Plaintiff's claims.

3.    The Chancellor as a public official is entitled to qualified immunity.

4.    The Amended Complaint fails to allege a plausible First Amendment Claim.

5.    No clearly established law supports Plaintiff's claim against the Chancellor.

6.    In further support of his Motion, Defendant relies on the arguments and authorities in his accompanying memorandum brief, the pleadings and papers filed of record in this matter, and the following exhibit:

Exhibit A - Administrative Leave Letter

FOR THESE REASONS, the Chancellor requests this Court dismiss this action against him. The Chancellor does not waive and expressly reserves all rights, claims, and defenses related to this action. The Chancellor requests such other relief as the Court deems appropriate under the circumstances

This, the 10th day of December 2025.

Respectfully submitted,

**GLENN BOYCE, CHANCELLOR OF THE UNIVERSITY OF MISSISSIPPI, in his official and personal capacities**

*s/J. Cal Mayo, Jr.*

J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB NO. 102348)
*Attorneys for Defendant*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055 | Fax: (662) 236-0035
*cmayo@mayomallette.com*
*pwatkins@mayomallette.com*

2