IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LAUREN STOKES**                                                                         **PLAINTIFF**

v.                                                                        **NO. 3:25-CV-307-GHD-RP**

**GLENN BOYCE**                                                       **DEFENDANT**
**Chancellor of the University of Mississippi, in his**
**official and personal capacities**

## ORDER STAYING DISCOVERY

Defendant Glenn Boyce has filed a motion to dismiss asserting, among other defenses, lack of subject matter jurisdiction and qualified immunity. ECF 15. Under this court's local rules, the filing of a motion asserting an immunity defense or jurisdictional defense "stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U.Civ.R. 16(b)(3)(B). Therefore, the attorney conference and disclosure requirements and all discovery are stayed, and the case management conference is continued, pending resolution of the motion. The parties are instructed to notify the undersigned within seven (7) days after a ruling on the motion.

**SO ORDERED**, this the 11th day of December, 2025.

                                                                 /s/ Roy Percy
                                                                 UNITED STATES MAGISTRATE JUDGE