IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAUREN STOKES                                                                               PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:25-CV-307-GHD-RP

GLENN BOYCE, Chancellor of the
University of Mississippi, in his Official
and Personal Capacities                                                                     DEFENDANT

ORDER GRANTING MOTION TO CONTINUE HEARING DATE

Presently before the Court is the Defendant's Motion [23] to Continue the Hearing Date regarding the Plaintiff's Motion for Preliminary Injunction [6]. Upon due consideration, the Court finds that the motion should be granted.

The Court finds that the reasons given by defense counsel, primarily the lead counsel's upcoming and necessary surgical procedure, are meritorious grounds for a continuance of the hearing date. Given these unavoidable circumstances, the Court finds that the Defendant's motion should be granted and the presently scheduled hearing date continued to a later date and time.

IT IS THEREFORE hereby ORDERED that the Defendant's Motion [23] to Continue the Hearing Date on the Plaintiff's Motion for Preliminary Injunction [6] is GRANTED. The hearing is hereby rescheduled to commence on February 13, 2026, at 10:00 a.m. in the federal courthouse in Aberdeen, Mississippi. The Court shall issue a forthcoming notice formally rescheduling the hearing.

SO ORDERED, this, the 29th day of December 2025.

_____
SENIOR U.S. DISTRICT JUDGE