# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

| | |
|---|---|
| LAUREN STOKES | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:25CV307-GHD-RP |
| GLENN BOYCE, CHANCELLOR OF THE UNIVERSITY OF MISSISSIPPI, in his official and personal capacities | DEFENDANTS |

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below: *Change in Location ONLY:*

**Place**
UNITED STATES FEDERAL BLDG.
901 EAST JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM NO. 1 – FIRST FLOOR

**Date and Time**
FRIDAY, FEBRUARY 13, 2026, 10:00 A.M.

**Type of Proceeding**

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [6] AS TO DEFENDANTS GLENN BOYCE, CHANCELLOR OF THE UNIVERSITY OF MISSISSIPPI, in his official and personal capacities
BEFORE SENIOR U.S. DISTRICT JUDGE GLEN H. DAVIDSON**

DANIEL B. MCHUGH, Clerk of Court

BY: /s/ Terrie L. Reed
Courtroom Deputy

Date: February 3, 2026
 Alysson Leigh Mills (electronic notice only)
 J. Cal Mayo, Jr. (electronic notice only)
 Paul Bowie Watkins, Jr. (electronic notice only)

**CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS.**
Judge_davidson@msnd.uscourts.gov
**662.369.6486**