IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### CIVIL MINUTES – Motion for Preliminary Injunction Hearing

**Case No. 3:25cv307-GHD**     **Place Held:** OXFORD, MISSISSIPPI

**Style:** LAUREN STOKES v. GLENN BOYCE, Chancellor of the University of Mississippi in his official and Personal capacities

**Date & Time Began:**     2/13/2026 9:56 A.M.
**Date & Time Ended:**     2/13/2026 1:44 P.M.
    Total Time – 2 hours, 22 minutes

**PRESENT: HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

| | |
|---|---|
| Terrie L. Reed | Phyllis McLarty |
| Courtroom Deputy Clerk | Official Court Reporter |
| **Attorneys for Plaintiff:** | **Attorneys for Defendant:** |
| Allyson Leigh Mills | J. Cal Mayo, Jr. |
| Lilli Evans Bass | Paul Bowie Watkins, Jr. |

PROCEEDINGS: Hearing on Motion for Preliminary Injunction

DOCKET ENTRY: Motion hearing held. Argument presented by plaintiff. Witnesses testified, exhibits introduced. Court ordered supplemental briefing to be submitted on Friday, February 20, 2026.

            **DANIEL B. McHugh, CLERK**

            By:  /s/ Terrie L. Reed
                Courtroom Deputy Clerk