# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **LAUREN STOKES** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO.: 3:25CV307** |
| **GLENN BOYCE, Chancellor of the University of Mississippi, in his official and personal capacities** | **DEFENDANT** |

## WITNESS LIST – (Motion Hearing)

**PLAINTIFF:**                                       **DEFENDANT:**

| | | |
|---|---|---|
| Lauren Stokes | 2/13/2026 | |
| Angela Atkins | 2/13/2026 | |
| Dr. James Thomas | 2/13/2026 | |
| Dr. Wendy Pfrenger | 2/13/2026 | |
| Calvin Wood | 2/13/2026 | |
| Elizabeth Wildman | 2/13/2026 | |
| Lauren Hite | 2/13/2026 | |
| | | |
| | | |
| | | |