IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**LAUREN STOKES**                                   **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO.: 3:25CV307 -GHD**

**GLENN BOYCE, Chancellor of the
University of Mississippi, in his official and
personal capacities**                     **DEFENDANT**

---

## EXHIBIT LIST

| Presiding Judge: Senior Judge Glen H. Davidson | | | Attorneys for Plaintiff: Alysson Leigh Mills<br>Lilli Evans Bass | | Attorneys for Defendant: J. Cal Mayo, Jr.<br>Paul Bowie Watkins, Jr. |
|---|---|---|---|---|---|
| Date: February 13, 2026 | | | Court Reporter: Phyllis McLarty | | Courtroom Deputy: Terrie L. Reed |

| PL | Dft. | Date offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
| P-1 | | 2/13/2026 | X | X | Lauren Stokes shared post on Instagram |
| P-2 | | 2/13/2026 | X | X | Lauren Stokes apology |
| P-3 | | 2/13/2026 | X | X | September 10, 2025/September 11, 2025 text messages exchanged between Charlotte Parks and Lauren Stokes; (4 pages) |
| P-4 | | 2/13/2026 | X | X | Email exchange between Lauren Stokes and Charlotte Parks - September 11, 2025 |
| P-5 | | 2/13/2026 | X | X | Correspondence 9/11/25 from University of Mississippi Human Resources to Lauren Stokes |
| P-6 | | 2/13/2026 | X | X | Audio call between Lauren Stokes, Charlotte Parks and Bradley Salters – Stored Electronically |
| P-7 | | 2/13/2026 | X | X | Fed Ex package Correspondence dated 10/7/2025 from University of Mississippi Human Resources (9 pages) |

| P-8 | | 2/13/2026 | X | X | Correspondence 9/24/2025 University of Mississippi Human Resources termination letter |
|---|---|---|---|---|---|
| P-9 | | 2/13/2026 | X | X | Email from Glenn Boyce to faculty, staff and students dated 9/11/2025 (2 pages) |
| P-10 | | 2/13/2026 | X | X | Instagram post – The Daily Mississippian regarding Charlie Kirk event; photos; Article by (WLBT) The Charlie Kirk Effect (16 pages) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |