2

I am so truly and deeply sorry to those I have offended. We are lucky enough to know and employ people from all walks of life- trans, MAGA, cat lovers, dog lovers, republicans, independents, and democrats. In all facets we strive to be kind and hold space for all. My husband and I do not support violence of any sort. This re-post on my private account was not kind. It was reposted in a heated moment (on the Internet?! Never heard of such!) I apologize to those I have offended and look forward to getting off the internet to reevaluate kindness, privacy, and respect for all.



PBM/CAD-Bayonne, N. J.

PLAINTIFF'S EXHIBIT

P-2

3:25 cv 307