4

---------- Forwarded message ---------
From: **Lauren Uncapher Stokes** <lauren.uncapher.stokes@gmail.com>
Date: Thu, Sep 11, 2025 at 7:49AM
Subject: Re: Sorry for Late/Early Email
To: Charlotte P Parks <cpparks@olemiss.edu>


Hi Charlotte,

I'm headed there now and will let you know as soon as I can what we do!

Warmly,

Lauren
> On Sep 11, 2025, at 5:34AM, Charlotte P Parks <cpparks@olemiss.edu> wrote:
>
> Lauren,
> That sounds like a good idea.
> I am so sorry this is happening.
> Charlotte
>
>
>> On Sep 11, 2025, at 3:43AM, Lauren Uncapher Stokes <lauren.uncapher.stokes@gmail.com> wrote:
>>
>> [EXTERNAL]
>>
>>
>> Hi Charlotte,
>>
>> Please forgive my late email- I got doxxed and there's a million posts going around, along with all sorts of cruelty. I am terrified this will affect Development or god forbid - you - in some way. I have deactivated Tarasque Facebook account and my personal account is set to private, as is Instagram. But, as I now know, nothing is private. I'm so sorry to bug you but thinking I should go to HR first thing tomorrow just in case to see what procedures are best or could be helpful in this case? Any suggestions are welcomed for best practices or protocol to keep everything and everyone safe and protected!
>>
>> Warmly,
>>
>> Lauren



PLAINTIFF'S EXHIBIT P-4 3:25 cv 307