Case: 3:25-cv-00307-GHD-RP Doc #: 34-5 Filed: 02/13/26 1 of 1 PageID #: 279
Case: 3:25-cv-00307-GHD-RP Doc #: 17-4 Filed: 12/10/25 1 of 1 PageID #: 141

5



**THE UNIVERSITY of MISSISSIPPI | Human Resources**

September 11, 2025

Lauren Uncapher Stokes
Executive Assistant
Development Office
University of Mississippi
University, MS 38677

Dear Lauren:

This letter is to notify you that you are being placed on administrative leave with pay effective immediately. This action is in your best interest and the best interest of the university.

While you are on paid administrative leave, you are expected to be available during your regular scheduled working hours for on-site meetings or calls to ensure we can communicate with you in a timely manner.

During this absence, you will not use your own accrued major medical or personal leave. Record your regular, scheduled hours as "administrative/jury duty" online timesheet located on my.olemiss.edu, under "My HR Tools."

Please refrain from contacting faculty, staff, students, student workers, and any other associate of the University of Mississippi to discuss this matter. Please do not return to your office, or the University campus premises until you are notified.

Contact Bradley Salters or Hunter Haney, Human Resources, with any questions.

Again, I know that this is difficult news. I want to reiterate, that this is truly in your best interest and the best interest of the university.

Sincerely,

Bradley Salters
Chief Human Resources Officer

CC: Charlotte Parks, Vice Chancellor for Development



PLAINTIFF'S EXHIBIT P-5 3:25cv307