Case: 3:25-cv-00307-GHD-RP Doc #: 34-7 Filed: 02/13/26 1 of 1 PageID #: 289
Case: 3:25-cv-00307-GHD-RP Doc #: 17-5 Filed: 12/10/25 1 of 1 PageID #: 142

8



September 24, 2025

Lauren Uncapher Stokes


Dear Ms. Stokes:

This letter is the official notification of your termination of employment as Executive Assistant, Development, effective at the close of work on September 11, 2025. You have the right to request a review of this termination, provided you submit a written request to the Department of Human Resources at hr@olemiss.edu within ten (10) business days (official holidays, Saturdays, and Sundays excluded) from the date you receive this letter.

The enclosed policy is provided for your information.


Sincerely,

Bradley Salters
Chief Human Resources Officer


CC:   Charlotte Parks, Vice Chancellor of Development



PLAINTIFF'S EXHIBIT
P-8
3:25cv307