**From:** Chancellor Glenn F. Boyce <umpr@olemiss.edu>
**Sen** Thursday, September 11, 2025 1:08:38 PM
**To:** ▇▇▇▇▇▇▇@olemiss.edu>
**Subject:** Message Regarding Hurtful, Insensitive Social Media Comments



MESSAGE FROM

Glenn Boyce | CHANCELLOR

Dear faculty, staff and students,

Yesterday, a University of Mississippi staff member re-shared hurtful, insensitive comments on social media regarding the tragic murder of Charlie Kirk. These comments run completely counter to our institutional values of civility, fairness and respecting the dignity of each person. We condemn this action, and this staff member is no longer employed by the university.

All of us have a responsibility to take seriously our commitment to upholding a civil and respectful campus environment.

Our thoughts and prayers are with the Kirk family, as well as members of our campus community who are affected by this senseless act of violence. I encourage our campus community to support one another, and don't hesitate to use the support services and

resources available to you.

Sincerely,

*[signature: Glenn F. Boyce]*

Glenn F. Boyce
Chancellor

The University of Mississippi
P.O. Box 1848
University, MS 38677



Manage your preferences | Opt Out using TrueRemove™

Opt out of emails from The University of Mississippi. If your email address is subscribed to other school/department mailing lists, you may still receive emails from The University of Mississippi. To stop receiving all email communication from The University of Mississippi, please email our records department at records@olemiss.edu.

Got this as a forward? Sign up to receive our future emails.
View this email online.

PO Box 1848 | University, MS 38677 US

This email was sent to ▮▮▮▮▮▮.
To continue receiving our emails, add us to your address book.

emma