

**thedailymississippian** — The University of Mississippi - Ol...

Chancellor Glenn Boyce told The Daily Mississippian that the university's **"trajectory"** has played a part in why Vance and Kirk appeared only at UM over the course of the tour's 11-stop duration.

"I just think that the trajectory of this university and the national visibility this university has gotten over the last five-to-six years in particular (is why Vance and Kirk spoke at UM). … I think as much as anything, **we are now truly, truly on a national map in many, many ways**," Boyce said. "This isn't just our wonderful athletic program that has given us a lot of visibility – it's the research we're doing, it's a tremendous faculty, who are taking students to a brand new level of academic achievement."

Attendees pack The Sandy and John Black Pavilion for the Turning Point USA event on Oct. 29. Photo by Olivia Cangelosi

♡ 198   💬 2   ➤ 19

**thedailymississippian** Chancellor Glenn... more

**cristenhemmins** Who is "the enemy"?

4 hours ago


PLAINTIFF'S EXHIBIT P-10
3:25-cv-307





# The Charlie Kirk Effect



Attendees hold up signs of Charlie Kirk during a "This Is the Turning Point" campus tour event at the University of Mississippi, in Oxford, Miss., Wednesday, Oct. 29, 2025. (AP Photo/Gerald Herbert)(Gerald Herbert | AP)

By Garrett Busby and Josh Carter
Published: Nov. 13, 2025 at 6:05 PM CST

OXFORD, Miss. (WLBT) - Lesley Lachman's phone kept lighting up while she sat inside the library at the University of Mississippi.

A sudden barrage of texts.

Lachman had been attempting to study, but something was obviously happening. She checked her phone to see the news: Charlie Kirk had been shot.

Kirk was on the campus of Utah Valley University, hosting one of his debates. He was famous for these viral-ready back-and-forths, in which he would spar with audience members over any number of issues, ranging from abortion to immigration to Christian nationalism. Clips of these exchanges would inevitably make their way to TikTok or Instagram, amassing thousands if not millions of views.

These clips were what Kirk was known for, as well as being the wunderkind founder behind Turning Point USA, a movement, as the website states, "rooted in faith, freedom,

and love of country." Kirk would amass his following, specifically amongst young men and women, some endeared, others just intrigued, by his town-square approach to politics.

Kirk espoused his conservative beliefs with anyone who dared take the mic during these campus debates, but it wasn't quite what he said as much as the fervor with which he said it. He viewed himself as a warrior for free speech and a fighter of "woke" culture. And people listened. So influential was Kirk that he would be heavily credited for drawing young voters to the ballot box in 2024, handing Donald Trump the presidency for the second time.

It was 12:11 p.m. on September 10th when Kirk began speaking at his Turning Point USA event in Utah. He had been debating the topic of mass shootings and gang violence when, suddenly, blood began pouring from his neck.

Videos of the shooting would begin making their way to social media. The first video to appear online was taken from a distance. A gunshot rings out, Kirk falls to the ground, and the crowd scatters.

But a second video, coming soon after the first, was hauntingly graphic and captured a more accurate depiction of Kirk's injury. Lachman's friend, a nurse, advised her to brace for the worst. If the video was real, it didn't look survivable.



Utah Valley University students Zach Zimmerman, second from left, and Lauren Simons embrace during a vigil for Charlie Kirk, the CEO and co-founder of Turning Point USA who was shot and killed, Thursday, Sept. 11, 2025, in Orem, Utah. Zimmerman witnessed the shooting. (AP Photo/Lindsey Wasson)(Lindsey Wasson | AP)

Although many agree Kirk likely died minutes, if not seconds, after being shot, it was not until 2:40 p.m. that President Trump officially announced Kirk's passing. As the country began the process of reckoning with the public assassination of a 31-year-old political activist, Lachman did not have much time to spare.

"I have a team to lead," she thought.

Lachman is the current president of the Turning Point chapter at Ole Miss. Some, she says, find this surprising given that she's a policy major from New York. Many assume this means she would be of the political Left.

When she arrived at Ole Miss, interest in the College Republicans was small. She believed this was because the word "Republican" had become outdated. But after rebranding and becoming a Turning Point chapter, enrollment had increased to around 200 active members.

Lachman says this sudden rise was due, in part, to a trend toward conservatism. This belief is not unmerited. According to a recent Yale Youth Poll, those ages 18 to 21 "overwhelmingly" lean Republican; a demographic that in years prior has reliably leaned Democrat.

"This generation of men want to marry, want to have children, want to have a family. They don't want to get divorced," Lachman said during an interview. "All things that Charlie stood for."

Things would only get better for her chapter when it was announced that Kirk would be hosting a Turning Point USA event at Ole Miss in October. But in the days after his death, enrollment in her chapter exploded. On a campus universally known for its fraternities and sororities, Lachman's Turning Point chapter is now the largest chapter on the Ole Miss campus, with around 1,500 members.

In the wake of Kirk's death, Vice President J.D. Vance and Charlie's widow, Erika, would take Charlie Kirk's place at the Ole Miss event.

According to a Turning Point spokesperson, over half the student body at Ole Miss registered to attend, which took place on a rainy Wednesday on October 29. In the audience: both U.S. senators from Mississippi, Roger Wicker and Cindy Hyde-Smith, as well as the governor, Tate Reeves.

Standing at the podium in front of the crowd, Vice President Vance would tell them, "You are the future of Charlie Kirk's legacy."



Attendees listen as Vice President JD Vance speaks during a "This Is the Turning Point" campus tour event at the University of Mississippi, in Oxford, Miss., Wednesday, Oct. 29, 2025. (AP Photo/Gerald Herbert)(Gerald Herbert | AP)

### The End Times

Weeks earlier, around 500 teens had gathered at a church 215 miles away in Brookhaven, Mississippi.

The event was a precursor to a Go Tell America Crusade that was to take place over a 4-day span in October. According to their website, these Go Tell America Crusades take months of preparation and are so large that they are usually hosted at football stadiums and coliseums.

The one in Brookhaven was to take place at the local high school football stadium. In 2023, a Go Tell America Crusade packed the seats of the amphitheater in Brandon, Mississippi.

The pre-crusade at Easthaven Baptist Church took place two weeks after Charlie Kirk's assassination, and some of the teens in the crowd were wearing Turning Point merchandise, most notably a t-shirt bearing the word "Freedom" in black font; the same t-shirt worn by Kirk on the day of his death.



Carson Cunningham wears a t-shirt also worn by Charlie Kirk on the day of his death. Cunningham was attending a pre-crusade at Easthaven Church in Brookhaven, Mississippi.(WLBT)

"What an incredible attendance we have tonight," Rick Gage told the crowd of mostly high schoolers. Gage is the head of Go Tell Ministries and was the speaker that night. He would also lead the upcoming crusade in the city.

Gage is a former football coach. He looks and acts like it. Described as the "small town Billy Graham," he is a forceful speaker, his sermons a roller coaster of soft and hard tones.

The message that night would be familiar to anyone who had ever attended similar Christian youth rallies. Those in the room were tasked to leave with a burning passion to share the gospel with their fellow classmates. "Witnessing and winning people to Christ is the greatest work that God allows us to do," Gage said.

The sermon lasted around 45 minutes. Although the death of Charlie Kirk hung in the air, Kirk himself was not mentioned by name. But then, during the altar call, Gage said this:

*"I don't think we have many days left on this earth. I think it's very evident we're living in the end times. What the world has witnessed in these last two weeks, I'm just telling you: God's up to something."*



Rick Gage speaks at Easthaven Baptist Church on September 24, 2025.(Trystan Beeson)

During a phone call days later, Gage would confirm that yes, he was alluding to the death of Charlie Kirk when he said that. "I don't know how much time we have left before the soon return of Christ," he would add, "but it's closer today than it was yesterday."

Gage said he believed Kirk "had an incredible impact on what we call Gen-Z... He had a passion for Christ, a passion for evangelism, a passion for this country, a passion to save this country."

"Through his death, we're gonna see a great move of God, especially among the younger generation," he continued. "We've been hearing reports of ripples, of moves of God, across the country."

He would mention a revival at Auburn University in 2023, which would become the subject of a Christian documentary, and a separate revival at Ohio State University earlier this year in which students were seen being baptized in U-Haul trailers.

"I believe great good is gonna come out of the death of Charlie; a tragic death for the cause of Christ," Gage said. "And I believe it's gonna open up doors for a revival in the hearts of God's people."

## Irresponsible

But Kirk did not reach his notoriety or influence without becoming a polarizing figure; this level of polarization became starkly apparent within moments of the shooting. Many flocked to social media to opine about his death. In the days that followed, over 100 people would be fired or disciplined for what they said.

One of those fired was Lauren Stokes, the executive assistant for the vice chancellor at Ole Miss. Hours after Kirk had died, Stokes would share a post on Instagram comparing him to a white supremacist and "reimagined Klan member." She is now suing the university.

Some would decry Kirk's past statement on gun control, in which he said that "it's worth it to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights."



FILE - Charlie Kirk, center, conservative activist and founder of Turning Point USA, speaks to supporters of President Donald Trump at a rally, Nov. 6, 2020, in Phoenix. (AP Photo/Ross D. Franklin, File)(Ross D. Franklin | AP)

While speaking at America Fest in 2023, Kirk would say that the passage of the Civil Rights Act was a "huge mistake," and once said that former President Joe Biden should face the death penalty for his "crimes against humanity."

Writing for *Vanity Fair*, the author and journalist Ta-Nehisi Coates wrote that Kirk "reveled in open bigotry." Nikole Hannah-Jones stated that "Kirk's knack for vigorous argument to excuse the re-emergence of unabashed bigotry in mainstream politics feels both frightening and perilous."

Justis Gibbs concurs.

Gibbs, who, at the age of only 30, is a member of the Mississippi House of Representatives and has reached national notoriety as a rising Democratic star. Gibbs says he didn't know much about Charlie Kirk before his death, only that he was a "controversial far-right figure."

Only after his death, Gibbs says, did he understand the depth of Kirk's popularity.

Throughout the interview, Gibbs would apologize for not knowing more about Charlie Kirk while he was still alive, but reasoned that this was because Gibbs tends to move towards "positive optimism when it comes to our political discourse and being able to exchange ideas and thoughts about the future of our country without demeaning people, without making them feel small, without making them feel minimized."

What Gibbs did know about Kirk, however, was the controversies that surrounded him, most notably Kirk's past statements on Martin Luther King, Jr. and other figures "who have given their life for equality and justice."

"When people make remarks that are hurtful, inaccurate, inconsistent, regardless of whether their brand has gotten larger as a result of that, in my opinion, is irresponsible," Gibbs said.



Mississippi Representative Justis Gibbs at his law office in Jackson, Mississippi.(XXX)

The conversation would then merge into the political culture of today, and if Gibbs felt as if that culture is bending towards conservatism. He sees it differently, saying that the political culture is bending towards the extremes on both sides.

Gibbs said that it is his belief that people want political discourse that is better adept at solving problems and not "galvanizing people off of controversy that can be damaging to our society."

"I believe political violence is never the answer," Gibbs said, "but I think we can walk and chew gum at the same time and understand that we aim to strive to live in a country where everybody is treated equally. And the real answer has to be: What kind of country do we want to live in?"

## Practicing Politics

So why was Charlie Kirk, a man deemed by some to be a far-right reveler of bigotry, adored by so many?

Dr. Rankin Sherling is the associate director of the Declaration of Independence Center for the Study of American Freedom at Ole Miss.

He says Kirk's popularity was due, in part, because Kirk would engage in conversations and present perspectives that weren't normally being offered, specifically on college campuses.

"It was a perspective that other people had or were sympathetic to, but you weren't hearing them on campus at all," Sherling said.

The reason, he says, these perspectives weren't being commonly proposed is because there was an "unstated known" that if one did say these things or ask certain questions, they would be punished.

"Charlie Kirk would come in and just create a conversation. And I think that resonated with people for lots of reasons. For young men in particular, I think that the courage of that really was attractive," Sherling said.

Ezra Klein, a *New York Times* opinion columnist, would write a piece the day after Kirk's death in which he said that, "You can dislike much of what Kirk believed and the following statement is still true: Kirk was practicing politics in exactly the right way."

"When the left thought its hold on the hearts and minds of college students was nearly absolute, Kirk showed up again and again to break it," Klein continued. "Slowly, then all at once, he did."

And Kirk's popularity, at least online, has only grown.

On Instagram, his following has doubled, now hovering around 14 million. The account is still active, each post averaging upwards of 100 thousand likes. On Facebook, he has 10 million followers, the same amount as Turning Point USA's Facebook account.

After his memorial service, Fox News reported that Turning Point received more than 120,000 inquiries to start new chapters on college campuses across the country.

What made Kirk unique was that, while obviously a political figure, he was viewed as a spiritual leader as well. This was heavily apparent at his memorial service held in Arizona on September 21, where Grammy-winning Christian artists and church pastors shared the stage with the highest-ranking members of President Trump's cabinet.



A photo of the conservative activist Charlie Kirk is seen on a large screen during a memorial for Kirk, Sunday, Sept. 21, 2025, at State Farm Stadium in Glendale, Ariz. (AP Photo/John Locher)(John Locher | AP)

Sherling said the dichotomy of religious and political influence was not unlike the one held by Martin Luther King, Jr.

"Every now and again, these types of figures pop up," he said. "And they happen to be killed for what they were doing, unfortunately... The way they lived and the way they died was a great example to lots of people, and also an indictment to lots of people: *We can't*

*let this go on, or our silence has led to whatever it is that is going on. We're not going to do that anymore."*

*Want more WLBT news in your inbox? Click here to subscribe to our newsletter.*

*See a spelling or grammar error in our story? Please click here to report it and include the headline of the story in your email.*

*Copyright 2025 WLBT. All rights reserved.*