AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi ▼

| | |
|---|---|
| LAUREN STOKES *Plaintiff* | ) ) ) |
| v. GLENN BOYCE, CHANCELLOR OF THE UNIVERSITY OF MISSISSIPPI, in his official and *Defendant* | ) Civil Action No. 3:25-cv-307-GHD-RP ) ) ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: GLENN BOYCE

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court 911 Jackson Avenue East Oxford, MS 38655 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 02/20/2026 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/14/2026

CLERK OF COURT

OR

_____   _____*Alysson Mills*_____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Lauren Stokes , who issues or requests this subpoena, are:
Alysson Mills / 650 Poydras Street Suite 1525 New Orleans, Louisiana 70130
alysson@alyssonmills.com / 504-586-5253

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 3:25-cv-307-GHD-RP

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Glenn Boyce, Chancellor – Univ. of Miss.
on *(date)* 2-14-2026.

☑ I served the subpoena by delivering a copy to the named person as follows: Personally served Chancellor Glenn Boyce at home – Chancellor's house on Univ. of MS campus on *(date)* 2-15-2026; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ 125 for services, for a total of $ 125 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-15-2026

_____
Server's signature

William A. Cain Process Server
Printed name and title

415 Market St., Water Valley MS 38965
Server's address

Additional information regarding attempted service, etc.: