IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAUREN STOKES                                                         PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:25-CV-307-GHD-RP

GLENN BOYCE, Chancellor of the
University of Mississippi, in his Official
and Personal Capacities                                       DEFENDANT

## ORDER MOOTING MOTION TO QUASH OR MODIFY SUBPOENA

Presently before the Court is the Defendant's Motion [40] to Quash or Modify Subpoena. Upon due consideration, the Court finds that the motion is now moot.

The Court conducted a hearing on February 13, 2026, regarding the Plaintiff's pending Motion for Preliminary Injunction [6]. The Plaintiff did not subpoena the Defendant to appear at the February 13, 2026, hearing, and the Defendant was not present at the hearing. At the conclusion of the hearing, the Court provided the Plaintiff the option to subpoena the Defendant to provide testimony on Friday, February 20, 2026. The Plaintiff then, on February 15, 2026, served a subpoena upon the Defendant that commanded him to appear at a court hearing on February 20, 2026, at the federal courthouse in Oxford, Mississippi [36, 38].

The Defendant then filed a motion to quash or modify the Plaintiff's subpoena, first arguing that the subpoena should be quashed due to the Defendant's unavailability to appear and testify on February 20, 2026, due to previously established travel arrangements, which he supported via declaration [40-1]. In the alternative, the Defendant requested that the Court modify the subpoena to allow him to testify at a hearing on a date between March 4-6, 2026.

The Plaintiff responded to the Defendant's motion and stated that she "will withdraw the subpoena." Given this development, the Court finds the Defendant's motion to quash or modify

is now moot. The Court will await the parties' final submissions regarding the Plaintiff's pending Motion for Preliminary Injunction, which are due to be filed by the end of the day on February 20, 2026.

IT IS THEREFORE hereby ORDERED that the Defendant's Motion [40] to Quash or Modify Subpoena is MOOT. The subject subpoena [38] is deemed WITHDRAWN.

SO ORDERED, this, the 18th day of February, 2026.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE