UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAUREN STOKES                                                                     PLAINTIFF

V.                                                                    NO: 3:25-CV-00307-GHD-RP

GLENN BOYCE, Chancellor of the                              DEFENDANT
University of Mississippi, in his Official
and Personal Capacities

## ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to an opinion issued this day, it is hereby ORDERED that the Plaintiff's Motion for Preliminary Injunctive Relief [6] is DENIED.

SO ORDERED, this the 10th day of March, 2026.

_____
SENIOR U.S. DISTRICT JUDGE