IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAUREN STOKES                                                              PLAINTIFF

V.                                                        NO: 3:25-CV-00307-GHD-RP

GLENN BOYCE, Chancellor of the                                         DEFENDANT
University of Mississippi, in his Official
and Personal Capacities

<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant's motion to dismiss [15] is GRANTED; and

(2) the Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED, this, the _16th_ day of March, 2026.

_____
SENIOR U.S. DISTRICT JUDGE