UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

LAUREN STOKES,

        Plaintiff,

    v.

GLENN BOYCE, CHANCELLOR OF THE
UNIVERSITY OF MISSISSIPPI, in his official
and personal capacities,

        Defendants.

Case No. 3:25-cv-307-GHD-RP

District Judge Glen H. Davidson

Magistrate Judge Roy Percy

## NOTICE OF APPEAL

Lauren Stokes respectfully gives notice that she appeals to the United States Court of Appeals for the Fifth Circuit the Court's judgments styled "Order Denying Plaintiff's Motion for Preliminary Injunction" and "Order Granting Defendant's Motion to Dismiss" entered on March 11, 2026 [46] and March 17, 2026 [48], respectively.

Respectfully submitted,

/s/ Alysson Mills

Alysson Mills, Mississippi Bar No. 102861
650 Poydras Street Suite 1525
New Orleans, Louisiana 70130
504-586-5253
alysson@alyssonmills.com

/s/ Lilli Evans Bass

Lilli Evans Bass, Mississippi Bar No. 102896
Brown Bass & Jeter, PLLC
1755 Lelia Drive, Suite 400
Jackson, Mississippi 39216
601-487-8448
bass@bbjlawyers.com

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF

system which sent notification of filing to all counsel of record.


/s/ Alysson Mills

Alysson Mills